# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. PHILLIPS, | No. CV 05-7369-CAS(CW)[1] |
| Petitioner, | JUDGMENT |
| v. | |
| B.G. COMPTON (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED:     11/20/08

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge

---

[1] Petitioner also has another habeas action in this court: Case No. CV 05-3789-CAS(CW).